IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

AMANDA PANCAKE,

    Plaintiff

v.
    Civil Action No. 2:11-CV-0799
    Honorable Joseph Goodwin

THE CITY OF MONTGOMERY, a West
Virginia municipal corporation; and
CONRAD M. CARPENTER, individually
and in his former capacity as a City of
Montgomery Police Officer,

    Defendants.

## DISMISSAL ORDER

This day came the plaintiff, by counsel Michael T. Clifford, and the Defendant City of Montgomery, by counsel, Charles R. Bailey, Vaughn T. Sizemore and the law firm of Bailey & Wyant, P.L.L.C., and announce unto the Court that all matters in controversy between them have been adjusted, compromised and settled, and these parties by and through their attorneys, move the Court to dismiss this action *with prejudice*.

With there being no objection thereto, and the Court perceiving of none, it is, therefore, **ORDERED** that this action be and hereby is *dismissed with prejudice*.

The parties are responsible for their own attorneys' and litigation fees/costs.

The Clerk is directed to forward a certified copy of this Order to all counsel of record, and remove this case from the docket of this Court.

ENTERED this __2 L__ day of __October__, 2012.

_____
Honorable Joseph Goodwin

Prepared by:

_(signature)_

Vaughn T. Sizemore, Esquire (WV Bar #8231)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
Telephone: (304) 345-4222
Facsimile: (304) 343-3133
*Counsel for Defendants*


Agreed to by:

_(signature)_

Michael T. Clifford, Esquire (WV Bar #0750)
723 Kanawha Blvd. East, Ste ~~300~~ 1200
Charleston, West Virginia 25301
Telephone: (304) 720-7660
Facsimile: (304) 720-7753
*Counsel for Plaintiff*